MICHAEL D. GERMAIN, ESQ. (SBN 154776)
JOHN R. MARKING, ESQ. (SBN 174851)
WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.
2040 Main Street, Suite 300
Irvine, California 92614
949-852-6700 (Telephone)
949-261-0771 (Facsimile)

Attorneys for Defendant STRONGHOLD ENGINEERING, INC. and FIDELITY & DEPOSIT COMPANY OF MARYLAND

FILED
07 JUN 15 AM 8:09
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: [illegible] DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, for the use and benefit of WESTERN STEEL & METALS, INC., a California corporation,

Plaintiffs,

v.

FIDELITY & DEPOSIT COMPANY OF MARYLAND, a Maryland corporation; STRONGHOLD ENGINEERING, INC., a California corporation,

Defendants.

CASE NO. 06CV2495 BEN NLS

**SUBSTITUTION OF ATTORNEY**

TO THE COURT, PARTIES AND THEIR RESPECTIVE ATTORNEY OF RECORD:

PLEASE TAKE NOTICE that Defendant STRONGHOLD ENGINEERING, INC. ("STRONGHOLD") is hereby substituting KIRKPATRICK & LOCKHART PRESTON GATES ELLIS in place of WATT, TIEDER, HOFFAR & FITZGERALD, LLP as its attorneys of record for the above-entitled action. STRONGHOLD's new attorneys of record can be contacted as follows:

///

///

///

Timothy L. Pierce
Kirkpatrick & Lockhart Preston Gates Ellis
10100 Santa Monica Blvd., 7th Floor
Los Angeles, California 90067
Tel.: (310)552-5058
Fax: (310)552-5001

**I consent to this substitution.**

DATED: June 8, 2007

STRONGHOLD ENGINEERING, INC.

By: /s Charles R. Gossage
Charles R. Gossage
Executive Vice President

**I consent to this substitution.**

DATED: June 6, 2007

WATT, TIEDER, HOFFAR, & FITZGERALD, L.L.P.

By: /s Michael D. Germain
MICHAEL D. GERMAIN, ESQ.

**I consent to this substitution.**

DATED: June 7, 2007

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS

By: /s Timothy L. Pierce
TIMOTHY L. PIERCE, ESQ.
10100 Santa Monica Blvd. 7th Floor
Los Angeles, CA 90067
Telephone (310)552-5058
Facsimile (310)552-5001

ORDER

**IT IS SO ORDERED.**

**Date:** 6/13/07

United States District Court Judge